**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JORGE CHAVEZ, | ) No. CV 14-7456-RGK (PLA) |
| Plaintiff, | ) **JUDGMENT** |
| v. | ) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that plaintiff's request for remand is granted, the decision of the Commissioner is reversed and this action is remanded to defendant for further proceedings consistent with the Report and Recommendation.

DATED:  July 8, 2015

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE