Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 302
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Jorge Chavez

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JORGE CHAVEZ  )
 (SSN XXX-XX-6124), ) Case No.: 2:14-cv-07456-RGK-PLA
            Plaintiff, )
  ) [PROPOSED] ORDER FOR AWARD
     vs. ) OF EAJA FEES
  )
CAROLYN W. COLVIN, )
Acting Commissioner Of Social )
Security, )
            Defendant.

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of **THREE THOUSAND FIVE HUNDRED AND NINE DOLLARS ($3,509.00**) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

IT IS SO RECOMMENDED:

DATED: July 21, 2015   _____
HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED:

DATED: July 22, 2015   _____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE